IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GEORGIA INGRAM, | : |
| Plaintiff, | : |
| VS. | : |
| | : **7 :** 11-CV-43 (HL) |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

O R D E R

Upon motion by defendant, the Commissioner requests voluntary remand of this claim for further administrative proceedings.

Upon receipt of the court remand order, the Appeals Council will take appropriate administrative actions, which may include remand to an Administrative Law Judge for a de novo hearing.

Therefore, this Court hereby remands the cause to the Commissioner for further proceedings pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

It is hereby Ordered, for good cause shown, that the same is granted.


DATED: **November 23, 2011**         *s/ Hugh Lawson*
                                      HUGH LAWSON
                                      UNITED STATES DISTRICT JUDGE


PRESENTED BY:

/s/ H. Randolph Aderhold
Assistant United States Attorney
Georgia Bar No. 005150
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: 478/621-2728
Facsimile: 478/621-2710